■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD FREEMAN, Appellant. (Appeal No. 2.)—Judgment unanimously reversed on the law and defendant remanded to Monroe County Court for further proceedings on the indictment *(see, People v Fuggazzatto,* 62 NY2d 862, 863; *People v Land,* 131 AD2d 883, 884, *lv denied* 70 NY2d 752). (Appeal from judgment of Monroe County Court, Connell, J.—burglary, first degree, and other charges.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.

■ In the Matter of STENTOR TENGSTRAND, Appellant, v ADDISON CENTRAL SCHOOL DISTRICT et al., Respondents.—Judgment unanimously affirmed without costs. Memorandum: We affirm for reasons stated at Special Term, Finnerty, J. We add only that petitioner's contention that he is entitled to a name-clearing hearing was not raised at Special Term and thus has not been preserved for appellate review *(see, Tumolillo v Tumolillo,* 51 NY2d 790; *Arvantides v Arvantides,* 106 AD2d 853, *mod* 64 NY2d 1033). (Appeal from judgment of Supreme Court, Steuben County, Finnerty, J.—art 78.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.